STATE of Missouri, Respondent,

v.

Richard DOWNS, Jr., Appellant.

No. WD 41638.

Missouri Court of Appeals,
Western District.

Nov. 20, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1991.

Application to Transfer Denied
Feb. 7, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Richard Downs, Jr. appeals jury conviction of leaving the scene of an accident in violation of Mo.Rev.Stat. § 577.060.1 (1986), and ineffective assistance of counsel at the trial and sentencing hearing.

Affirmed. Rules 30.25(b) and 84.16(b).